# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

REPUBLIC TECHNOLOGIES (NA), LLC, et al.

                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:20−cv−00462
　　　　　　　　　　　　　　　　　　　　　　Honorable Robert M. Dow Jr.

R & J 2 Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 14, 2020:

       MINUTE entry before the Honorable Robert M. Dow, Jr: Telephone conference held. Motion [25] is terminated as moot. Counsel to file a corrected motion and it will be heard on 10/29/2020 at 9:00 a.m. Emailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.