# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

REPUBLIC TECHNOLOGIES (NA), LLC, et al.

                        Plaintiff,

v.                                             Case No.: 1:20−cv−00462
                                              Honorable Robert M. Dow Jr.

R & J 2 Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 29, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Telephone conference held. Defendants R & J 2 Inc. and Jacob Nofal failed to appear. Defendant Ramy Nofal appeared by telephone. Defendant Ramy Nofal's oral motion for 30 days to obtain counsel is granted. Defendant Nofal is directed to file a pro se appearance form immediately so that he may receive notices until his lawyer files their appearance. Plaintiff's motion for default judgment [29] is entered and continued to 12/9/2020 at 9:00 a.m. The pro se appearance form was emailed to the Defendant via email on 10/29/2020 at 1:00 p.m. Emailed notice.(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.