# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

REPUBLIC TECHNOLOGIES (NA), LLC, et al.

                              Plaintiff,

v.                                               Case No.: 1:20−cv−00462
                                                    Honorable Robert M. Dow Jr.

R & J 2 Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 10, 2020:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Telephone conference held. Defendants failed to appear. Plaintiffs' motion for entry of default judgment against Defendant R & J 2 Inc. doing business as Tobacco Express, Jacob Nofal and Ramy Nofal [30] is granted. Counsel to submit a proposed order in word format. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.